AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

United States Courts
Southern District of Texas
**FILED**
*September 05, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
~~Katia GARCIA DE LARA~~ 9/8/25-sg
Catia Mabel Lara
AKA:
IAE    YOB: 1984
Mexico
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-25-2215-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 4, 2025** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On September 4, 2025, Katia GARCIA DE LARA a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Mission, Texas. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on October 27, 2015 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 5, 2025.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA A. Garcia

/s/ Gicela Flores
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Gicela Flores    Deportation Officer
Printed Name and Title of Complainant

September 5, 2025    3:29 PM
Date

at McAllen, Texas
City and State

Nadia S. Medrano    U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer